

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAUL HERNANDEZ, | NO. C 04-04783 JW   PR |
| Petitioner(s), | **ORDER OF DISMISSAL** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent(s). | |

Petitioner initiated this suit on November 10, 2004. On March 8, 2006, the Court issued an Order Directing Petitioner to File a Notice of Intent to Prosecute and to Provide Court with Current Address ("Order"). On March 16, 2006, the Order was returned as undeliverable.

Pursuant to Northern District Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint or strike an answer when: (1) mail directed to the attorney or the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the attorney or pro se party indicating a current address. See L.R. 3-11(b).

It has now been more than sixty days since the Court's Order was returned as undeliverable.

Order of Dismissal
P:\PRO-SE\SJ.Jw\HC.04\hernandez4783dis311.wpd

**United States District Court**
For the Northern District of California

1  The Court has not received a notice from Plaintiff of a new address.  Accordingly, this action is

2  DISMISSED without prejudice.  See Fed. R. Civ. P. 41(b); L.R. 3-11(b).

3  Dated: May 17, 2006

4  JAMES WARE
   United States District Judge

28 Order of Dismissal
   P:\PRO-SE\SJ.Jw\HC.04\hernandez4783dis311.wpd   2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Saul Hernandez
T-24623
San Francisco County Jail
850 Bryant Street, 7th Floor
San Francisco, Ca 94103

**Dated: May 17, 2006**                                    **Richard W. Wieking, Clerk**

                                                           **By:   /s/JW Chambers**
                                                                   **Melissa Peralta**
                                                                   **Courtroom Deputy**

Order of Dismissal
P:\PRO-SE\SJ.Jw\HC.04\hernandez4783dis311.wpd